No. _____

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

ALEX CRANK, II, PETITIONER

V.

THE STATE OF TEXAS

FROM APPEAL NO. 08-09-00109-CR
TRIAL COURT CAUSE No. 2007-CR-10969
BEXAR COUNTY

PRO SE PETITIONER'S MOTION TO REQUEST WAIVER OF (11) COPIES FOR PETITIONER'S OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW (WR-82,671-01)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, ALEX CRANK, II, APPELLANT/PETITIONER, IN THE ABOVE-STYLED AND NUMBERED CAUSE AND FILES THIS PRO SE PETITIONER'S MOTION TO REQUEST WAIVER OF (11) COPIES FOR PETITIONER'S OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW (WR-82,671-01). PETITIONER/APPELLANT RESPECTFULLY MOVES THIS HONORABLE COURT TO PERMIT HIM TO FILE HIS ORIGINAL COPY ONLY OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW; WITH CORRECT SERVICE TO THE STATE PROSECUTING ATTORNEY IN THIS CAUSE AND IN SUPPORT THEREOF WOULD SHOW TO THE COURT THE FOLLOWING:

1. APPELLANT/PETITIONER IS INDIGENT AND HIS FINANCIAL RESOURCES COME FROM HIS WIDOWED MOTHER.

2. DUE TO APPELLANT'S INCARCERATION IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ACCESS TO A PHOTO COPY MACHINE IS UNAVAILABLE.

3. APPELLANT IS THEREFORE PREVENTED FROM PROVIDING THE (11) COPIES REQUIRED BY TEXAS RULES OF APPELLATE PROCEDURE, RULE 9.3 (b).

8.

4. APPELLANT/PETITIONER REQUESTS THAT THE COURT, IN THE INTEREST OF JUSTICE, WAIVE THE (11) COPY REQUIREMENT.

5. THE COURT POSSESSES THE AUTHORITY TO MAKE SUCH ORDERS PURSUANT TO TEX. R. APP. PROC., RULE 2.

WHEREFORE, PREMISES CONSIDERED, APPELLANT/ PETITIONER REQUESTS THAT THIS HONORABLE COURT ACCEPT THE ORIGINAL COPY ONLY PETITION FOR DISCRETIONARY REVIEW, WITH CORRECT SERVICE TO THE STATE PROSECUTING ATTORNEY, INSTEAD OF THE NORMALLY REQUIRED (11) COPIES.

RESPECTFULLY SUBMITTED,

_Alex Crank II_

ALEX CRANK, II, APPELLANT/PETITIONER
T.D.C.J. # 01559591
3872 F.M. 350 SOUTH   POLUNSKY UNIT
LIVINGSTON, TEXAS 77351

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING PRO SE PETITIONER'S MOTION TO REQUEST WAIVER OF (11) COPIES FOR PETITIONER'S OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW (WR-82,671-01) HAS BEEN POSTED VIA U.S. MAIL TO THE OFFICE OF THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405, CAPITOL STATION, AUSTIN, TEXAS, 78711, ON THIS THE 15th DAY OF FEBRUARY, ANNO DOMINI 2015.

_Alex Crank II_

ALEX CRANK, II

9